McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

JUL 2 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>TAVARAS BLACKMON,<br>    Defendant. | SW. NO. 07-0281 GGH<br><br>MOTION TO UNSEAL SEARCH WARRANT, APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND (proposed) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order to unseal the search warrant, application and affidavit in the above captioned matter. Defendant BLACKMON will be going to trial in the Northern District of California, obviating further need for sealing these documents.

DATED: July 20, 2009

LAWRENCE G. BROWN
Acting U.S. Attorney

By _____
   MICHELLE RODRIGUEZ
   Assistant U.S. Attorney

**ORDER**

The United States' motion to unseal the search warrant, application and affidavit in SW No. 07-0281 GGH is GRANTED.

DATED: July 20, 2009

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
U.S. Magistrate Court Judge